## CERTIFICATE OF SERVICE BY MAIL

I, the undersigned, hereby declare and state that, I am over the age of eighteen (18) years old and I (am) a party to the within cause of action that on this __8__, day of __8__, __2007__, I placed the below named legal documents in the United States Mail:

**C 07 4227 CW (PR)**

PETITION OF WRIT OF HABEAS CORPUS

ORIGINAL

FILED
AUG 17 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

for which are addressed to the below named parties/persons:

OFFICE OF THE STATE ATTORNEY GENERAL
1300 I STREET
SACRAMENTO, CA. 95814

CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DICTRICT
450 GOLDEN GATE AVE., P.O. BOX 36060
SAN FRANCISCO, CA. 94102

I, hereby declare under the penalty of perjury of the laws of the State o California, and the United States, that the above certificate of service i true and correct to the best of my knowledge and recollection.

_____
DECLARANT