ORIGINAL

FILED
AUG 17 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C 07 4227 CW (PR)

| HUNG Q. HO                              | Plaintiff,  | CASE NO. CC-464216 |
|-----------------------------------------|-------------|--------------------|
| vs.                                     |             | PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS |
| K. PROSPER, WASDEN, STATE OF CALIFORNIA | Defendant.  |                    |

I, HUNG Q. HO, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No XX

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____ - 1 -

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

___N/A___

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment     Yes ___ No _xx_

    b. Income from stocks, bonds, or royalties?     Yes ___ No _xx_

    c. Rent payments?     Yes ___ No _xx_

    d. Pensions, annuities, or life insurance payments?     Yes ___ No _xx_

    e. Federal or State welfare payments, Social Security or other government source?     Yes ___ No _xx_

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

___N/A___

3. Are you married?     Yes ___ No _xx_

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4. a. List amount you contribute to your spouse's support:$ _____

   b.   List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
   _____N/A_____
   _____

5.   Do you own or are you buying a home?   Yes ___ No _xx_
Estimated Market Value: $_____ Amount of Mortgage: $_____

6.   Do you own an automobile?   Yes ___ No _xx_
Make _____ Year _____ Model _____
Is it financed? Yes _____ No _____ If so, Total due: $ _____
Monthly Payment: $ _____

7.   Do you have a bank account?   Yes ___ No _xx_ (Do not include account numbers.)
Name(s) and address(es) of bank: _____
_____

Present balance(s): $ _____

Do you own any cash?   Yes ___ No _xx_ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ___ No _xx_
_____

8.   What are your monthly expenses?
Rent: $ __N/A_____ Utilities: ____N/A_____
Food: $ __N/A_____ Clothing: ____N/A_____
Charge Accounts: N/A

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.   Do

1 you have any other debts? (List current obligations, indicating amounts and to whom they are
2 payable. Do not include account numbers.)
3    RESTITUTION $10,000.00
4
5 10.   Does the complaint which you are seeking to file raise claims that have been presented
6 in other lawsuits? Yes ___ No xx
7 Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 which they were filed.
9           N/A
10
11    I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13    I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 8-8-2007                  [signature]
17 DATE                       SIGNATURE OF APPLICANT

Case Number: CC-464216

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of ___HUNG Q. HO___ for the last six months at

[prisoner name]

___CALIFORNIA CORRECTIONANL CENTER___ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ ___∅___ and the average balance in the prisoner's account each month for the most recent 6-month period was $___∅___.

Dated: _Aug. 6, 2007_                    _[signature]_

[Authorized officer of the institution]

- 5 -

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA CORRECTIONAL CENTER
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2007 THRU AUG. 06, 2007

ACCOUNT NUMBER : D73820                BED/CELL NUMBER: L300000000001 34L
ACCOUNT NAME   : HO, HUNG Q             ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 04/11/2006 | H104 | DAMAGES HOLD | 3554 ID | 7.50 |
| 07/20/2007 | H109 | LEGAL POSTAGE HOLD | 0256 LGLMA | 1.31 |
| 07/20/2007 | H118 | LEGAL COPIES HOLD | 0256 LGLCO | 23.76 |
| 07/25/2007 | H109 | LEGAL POSTAGE HOLD | 0324 LGLMA | 0.41 |
| 07/25/2007 | H109 | LEGAL POSTAGE HOLD | 0324 LGLMA | 0.41 |
| 07/25/2007 | H109 | LEGAL POSTAGE HOLD | 0324 LGLMA | 0.41 |
| 07/25/2007 | H109 | LEGAL POSTAGE HOLD | 0324 LGLMA | 0.41 |
| 07/25/2007 | H109 | LEGAL POSTAGE HOLD | 0324 LGLMA | 0.41 |
| 07/25/2007 | H109 | LEGAL POSTAGE HOLD | 0324 LGLMA | 0.41 |
| 07/25/2007 | H109 | LEGAL POSTAGE HOLD | 0324 LGLMA | 0.41 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 35.44 | 0.00 |

CURRENT
AVAILABLE
BALANCE
---------------
35.44-