TO: THE CLERK OF U.S DISTRICT COURT.
MY NAME IS HUNG, HO. CDC# D-73820.
AND CASE # CC-464216
MY OLD ADDRESS IS, C.C.C. P.O. BOX. 2210.
SUSANVILLE. CA. 96127

FILED
RECEIVED
OCT 2 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I. JUST WANT YOU TO KNOW THAT I TRANSFER TO
CALIFORNIA. MEDICAL FACILITY.
MY NEW ADDRESS IS.
 HUNG, HO. CDC# D-73820
    C.M.F.
 I-1-133-LOW
 P.O. BOX. 2000
 VACAVILLE. CA. 95696-2000

C07-4227 CW

IF YOU HAVE ANY LEGAL MAIL OR HAVE ANY LEGAL
DOCUMENT. PLEASE SEND TO THE NEW ADDRESS.
THANK YOU VERY MUCH.

                    HUNG, HO. CDC# D-73820
                      C.M.F
                    I-1-133-LOW
                    P.O. BOX. 2000
                    VACAVILLE. CA 95696

                    [signature]
                    10-17-07