

CA MEDICAL FACILITY

FIRST CLASS

UNITED STATES
02 1P
0004225987    OCT 24 2007
MAILED FROM ZIPCODE 95687

HUNG, HO, # D-73820
C. M.F.
I-I-133-LOW
P. O. BOX. 2000
VACAVILLE, CA 95696:

TO: THE CLERK OF THE U.S DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA,
450. GOLDEN GATE, AVENUE,
P. O. BOX 36060.
SAN. FRANCISCO, CA 94102

94102336661 C004