IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HUNG Q HO,

    Petitoner,

  v.

MIKE KNOWLES, Warden,

    Respondent.
    _____/

No. C 07-04227 CW

ORDER TO SHOW CAUSE

    Petitioner, a state prisoner currently incarcerated in California Medical Facility in Vacaville, California, has filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1]  Good cause appearing, the Court hereby issues the following orders:

    The Clerk of the Court shall serve a copy of this Order and the petition and all attachments thereto upon Respondent and Respondent's attorney, the Attorney General of the State of California.

    Respondent shall file with this Court and serve upon Petitioner, within sixty (60) days of the issuance of this Order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, 28 U.S.C. foll. § 2254, showing cause why a writ of habeas corpus should not be issued.  Respondent shall

---

[1] The caption of the complaint is changed to reflect the fact that Mike Knowles is the Warden of California Medical Facility in Vacaville, California, where Plaintiff is presently incarcerated. See Rule 2(a) of the Rules Governing § 2254 Proceedings (habeas petition must name as respondent the State officer who has custody of the petitioner).

1  file with the answer a copy of all portions of the state record
2  that have been previously transcribed and that are relevant to a
3  determination of the issues presented by the petition.
4      If Petitioner wishes to respond to the answer, he shall do so
5  by filing a traverse with the Court and serving it upon Respondent
6  within thirty (30) days of his receipt of the answer.

9      IT IS SO ORDERED.

11  Dated: 2/13/08

    _____
    CLAUDIA WILKEN
    United States District Judge

2

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

HUNG Q HO,

        Plaintiff,

v.

MIKE KNOWLES, et al,

        Defendant.

Case Number: CV07-04227 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hung Q. Ho D-73820
CA Medical Facility
I-1-133-Low
P.O. Box 2000
Vacaville, CA 95696-2000

Attorney General
State of California
455 Golden Gate Avenue, #11000
San Francisco, CA 94102

Mike Knowles, Warden
California Medical Facility
P.O. Box 2000
Vacaville, CA 95696-2000

Dated: February 13, 2008

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

3