1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JILL M. THAYER, State Bar No. 166428
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5954
    Fax:  (415) 703-1234
8   Email:  Jill.Thayer@doj.ca.gov

9  Attorneys for Respondent

10

11            IN THE UNITED STATES DISTRICT COURT

12           FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                      OAKLAND DIVISION

14
   **HUNG Q. HO,**                       C 07-04227 CW
15
                           Petitioner,   **APPLICATION FOR**
16                                       **EXTENSION OF TIME TO**
            v.                           **FILE ANSWER**
17
   **MIKE KNOWLES, Warden,**
18
                           Respondent.
19

20

21       For the reasons stated in the accompanying declaration of counsel, respondent hereby

22  requests a 30-day extension of time until May 14, 2008, in which to file the answer to the

23  petition for writ of habeas corpus in this case.  As explained in the declaration, counsel is unable

24  to meet the current deadline due to work on previously assigned cases.  A stipulation has not

25  been sought because petitioner is an incarcerated state prisoner who is representing himself.

26

27

28

1  WHEREFORE, respondent respectfully requests this Court to grant an extension of
2  time to and including May 14, 2008.
3  Dated: April 10, 2008
4  Respectfully submitted,
5  EDMUND G. BROWN JR.
   Attorney General of the State of California
6  DANE R. GILLETTE
   Chief Assistant Attorney General
7  GERALD A. ENGLER
   Senior Assistant Attorney General
8
9  PEGGY S. RUFFRA
   Supervising Deputy Attorney General

12  /s/ Jill M. Thayer
    JILL M. THAYER
13  Deputy Attorney General
    Attorneys for Respondent

40239708.wpd
SF2008400558

Application for Extension of Time                                    Ho v. Knowles, Warden
                                                                     C 07-04227 CW