1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JILL M. THAYER, State Bar No. 166428
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5954
    Fax:  (415) 703-1234
8   Email:  Jill.Thayer@doj.ca.gov

9  Attorneys for Respondent

11              IN THE UNITED STATES DISTRICT COURT

12             FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                        OAKLAND DIVISION

| | |
|---|---|
| **HUNG Q. HO,**<br><br>Petitioner,<br><br>v.<br><br>**MIKE KNOWLES, Warden,**<br><br>Respondent. | C 07-04227 CW<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER** |

I, JILL M. THAYER, declare under penalty of perjury as follows:

I am a Deputy Attorney General for the State of California and am presently assigned to represent respondent in this habeas corpus action.

Petitioner is a state prisoner who is serving a sentence of 35 years to life based on a jury conviction of first degree burglary and findings that he had two prior strike convictions.

By an Order to Show Cause issued on February 13, 2008, respondent was ordered to file an answer on or before April 14, 2008.  I am unable to meet the current deadline for filing the answer because of my work on previously assigned cases.  In the past 30 days, I have filed an

answer to an order to show cause in a previously assigned case, a petition for rehearing in the California Court of Appeal, and a reply to an opposition to a motion to dismiss in federal court.

I have obtained the state appellate record in the present case, and am currently attempting to locate a copy of the petition for review that was filed in the California Supreme Court. The petition is not in the Attorney General's file with the rest of the state appellate record, and the California Supreme Court does not have a copy available. I have begun drafting the answer. I will be out of the office for several days next week to travel to Minnesota to help my siblings choose a hospice for my mother, whose health is deteriorating.

I have not attempted to contact petitioner, who is representing himself in this proceeding, because he is incarcerated in state prison and cannot be conveniently reached.

Wherefore, I respectfully request that this Court grant respondent an additional 30 days, to and including May 14, 2008, to file an answer in this case.

Executed at San Francisco, California, on April 10, 2008.

    /s/ Jill M. Thayer
JILL M. THAYER
Deputy Attorney General

40239715.wpd
SF2008400558