IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **HUNG Q. HO,** | C 07-04227 CW |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **MIKE KNOWLES, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until May 14, 2008, to file an answer to the petition for writ of habeas corpus. Petitioner may file a traverse within 30 days of his receipt of the answer.

Dated: _____     _____
The Honorable Claudia Wilken