IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG Q. HO, | No. C 07-04227 CW (PR) |
|     Petitioner, | ORDER GRANTING IN FORMA PAUPERIS STATUS |
|   v. | |
| MIKE KNOWLES, Warden, | |
|     Respondent.       / | |

    Petitioner has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has moved for leave to proceed in forma pauperis (IFP).

    On February 13, 2007, an Order to Show Cause was issued.

    In view of his account balance and the absence of deposits to his prisoner trust account, Petitioner's application to proceed in forma pauperis (docket no. 3) is GRANTED.

    This Order terminates Docket no. 3.

    IT IS SO ORDERED.

DATED: 4/18/08

                        CLAUDIA WILKEN
                        United States District Judge

P:\PRO-SE\CW\HC.07\Ho4227.IFP.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HUNG Q HO,

    Plaintiff,

v.

K PROSPER et al,

    Defendant.

Case Number: CV07-04227 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hung Q. Ho D-73820
CA Medical Facility
I-1-133-Low
P.O. Box 2000
Vacaville, CA 95696-2000

Jill Marietta Thayer
Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dated: April 18, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk