IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **HUNG Q. HO,** | C 07-04227 CW |
| Petitioner, | **ORDER** |
| v. | |
| **MIKE KNOWLES, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until May 14, 2008, to file an answer to the petition for writ of habeas corpus. Petitioner may file a traverse within 30 days of his receipt of the answer.

Dated: 4/18/08

_____
The Honorable Claudia Wilken

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HUNG Q HO,

      Plaintiff,

  v.

K PROSPER et al,

      Defendant.

Case Number: CV07-04227 CW
**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hung Q. Ho D-73820
CA Medical Facility
I-1-133-Low
P.O. Box 2000
Vacaville, CA 95696-2000

Dated: April 18, 2008

                Richard W. Wieking, Clerk
                By: Sheilah Cahill, Deputy Clerk

[Proposed] Order                                           Ho v. Knowles, Warden
                                                               Case No. C 07-04227 CW