1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JILL M. THAYER, State Bar No. 166428
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5954
     Fax:  (415) 703-1234
8    Email:  Jill.Thayer@doj.ca.gov

9  Attorneys for Respondent

10

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                      OAKLAND DIVISION

14
   **HUNG Q. HO,**                          C 07-04227 CW
15
                              Petitioner,   **ANSWER TO ORDER TO**
16                                          **SHOW CAUSE**

17           **v.**

   **MIKE KNOWLES, Warden,**
18
                              Respondent.
19

20

21          Respondent hereby provides this answer to the order to show cause why the petition

22  for writ of habeas corpus should not be granted:

23

24                              **CUSTODY**

25          Petitioner is lawfully in the custody of Mike Knowles, Warden of the California Medical

26  Facility in Vacaville, California, as the result of a conviction in Santa Clara County Superior Court

27  case number CC464216.  A jury found petitioner guilty of first degree burglary (Cal. Pen. Code, §§

28  459, 460(a)).  The court found true allegations that petitioner had two prior strike and serious felony

1   convictions (Cal. Pen. Code, §§ 667(a) & 1170.12).  The trial court sentenced petitioner to 35 years

2   to life.

3

4                              **GENERAL AND SPECIFIC DENIALS**

5           Respondent denies that the state court's ruling was contrary to, or involved an

6   unreasonable application of, clearly established federal law, as determined by the United States

7   Supreme Court, or was based on an unreasonable determination of the facts in light of the evidence

8   presented in the state court proceedings.  Respondent specifically denies that petitioner was denied

9   his federal right to due process because the court gave CALJIC No. 2.02 instead of CALJIC No.

10  2.01, his rights to due process and effective assistance of counsel based on the trial court's

11  evidentiary ruling, his right to effective assistance because his attorney did not object to the amount

12  of the restitution fine, or that the use of petitioner's prior strikes violated his rights to due process

13  and equal protection, or his prior plea bargains, or prohibitions against ex post facto laws and cruel

14  and unusual punishment.

15

16                                  **PROCEDURAL ISSUES**

17          Although petitioner did not exhaust his cruel and unusual punishment claim, respondent

18  requests this Court to deny the petition on the merits notwithstanding the failure to exhaust.  28

19  U.S.C. § 2254(b)(2).  Petitioner exhausted his remaining claims in state court.  The petition is

20  timely.

21

22                                  **LODGED DOCUMENTS**

23          Respondent has lodged concurrently with this answer the following exhibits:  (1) the state

24  court Clerk's Transcript;  (2) the state court Reporter's Transcript;  (3) Appellant's Opening Brief;

25  (4) Respondent's Brief;  (5) Appellant's Reply Brief;  (6) the unpublished opinion of the California

26  Court of Appeal, Sixth Appellate District, filed May 1, 2006;  (7)  Petition for Review;  (8)

27  California Supreme Court website docket report showing Denial of Petition for Review; (9) Petition

28  for Writ of Habeas Corpus;  (10) California Supreme Court website docket report showing Denial

Answer to Order to Show Cause                                          Ho v. Knowles, Warden
                                                                       C 07-04227 CW

1    of Petition for Writ of Habeas Corpus. Respondent hereby incorporates by reference the

2    accompanying memorandum of points and authorities in support of this answer.

3

4                           **CONCLUSION**

5        WHEREFORE, respondent respectfully submits that the petition for writ of habeas corpus

6    should be denied.

7        Dated: May 5, 2008

8                   Respectfully submitted,

9                   EDMUND G. BROWN JR.
                     Attorney General of the State of California

10                  DANE R. GILLETTE
                   Chief Assistant Attorney General

11

12                  GERALD A. ENGLER
                   Senior Assistant Attorney General

13                  PEGGY S. RUFFRA
                   Supervising Deputy Attorney General

14

15                  /s/ Jill M. Thayer

16                  JILL M. THAYER
                   Deputy Attorney General

17                  Attorneys for Respondent

18

19    40237842.wpd
      SF2008400558

20

21

22

23

24

25

26

27

28

Answer to Order to Show Cause                                   Ho v. Knowles, Warden
                                                               C 07-04227 CW

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Ho v. Knowles, Warden**

No.:    **C 07-04227 CW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On May 5, 2008, I served the attached

**ANSWER TO ORDER TO SHOW CAUSE**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ANSWER**

**INDEX OF EXHIBITS LODGED IN SUPPORT OF ANSWER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Hung Q. Ho
D-73820
California Medical Facility
I-1-133-Low
P.O. Box 2000
Vacaville, CA 95696-2000

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 5, 2008, at San Francisco, California.

| M. Argarin | /s/ M. Argarin |
|:---:|:---:|
| Declarant | Signature |

40249373.wpd