1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GERALD A. ENGLER
Senior Assistant Attorney General
4 | PEGGY S. RUFFRA
Supervising Deputy Attorney General
5 | JILL M. THAYER, State Bar No. 166428
Deputy Attorney General
6 | 455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
7 | Telephone: (415) 703-5954
Fax: (415) 703-1234
8 | Email: Jill.Thayer@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**HUNG Q. HO,**

　　　　　　　　　　Petitioner,

v.

**MIKE KNOWLES, Warden,**

　　　　　　　　　　Respondent.

C 07-04227 CW

**INDEX OF EXHIBITS LODGED IN SUPPORT OF ANSWER**

　　Exhibit 1　　State Court Clerk's Transcript (2 vols.)

　　Exhibit 2　　State Court Reporter's Transcript (3 vols.)[1]

　　Exhibit 3　　Appellant's Opening Brief, No. H029259

　　Exhibit 4　　Respondent's Brief, No. H029259

　　Exhibit 5　　Appellant's Reply Brief, No. H029259

---

　　1. Respondent does not have the first volume of the state court reporter's transcript.

Index of Exhibits　　　　　　　　　　　　　　　　　　　　　　　　　　Ho v. Knowles, Warden
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　C 07-04227 CW

| | | |
|---|---|---|
| 1 | Exhibit 6 | Unpublished Opinion of the California Court of Appeal, Sixth Appellate District, No. H029259 |
| 2 | Exhibit 7 | Petition for Review, No. S143802 |
| 3 | Exhibit 8 | California Supreme Court website docket report showing Denial of Petition for Review, No. S143802 |
| 4 | Exhibit 9 | Petition for Writ of Habeas Corpus, No. S147649 |
| 5 | Exhibit 10 | California Supreme Court website docket report showing Denial of Petition for Writ of Habeas Corpus, No. S147649 |

Dated: May 5, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

/s/ Jill M. Thayer
JILL M. THAYER
Deputy Attorney General
Attorneys for Respondent

40237940.wpd
SF2008400558