Hung Q, Ho,
D-73820 / I-1-133Low
California Medical Facility
Vacaville, CA 95696-2000

**FILED**

Petitioner In Pro Se

MAY 2 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| Hung Q, Ho,<br><br>                    Petitioner,<br><br>        v.<br><br>Mike Knowles, Warden,<br><br>                    Respondent. | No. **C 07-04227 CW**<br><br>**MOTION FOR THE EXTENTION OF TIME.** |

    I petitioner, Hung Q, Ho. On this date, May 11, 2008.
In the above title action here do now petition the court for an
extension of time. Document in the above titled action are due on,
   5- 12-          ,2008.

    Due to the following reasons which are:

1. Delayed legal law library access for legal research.

2. A failure beyond my controle of the authorities to timely
   process incoming legal mail from the court and attorney general,
   which preclude petitioner from a timely assimilate of documents
   for research and response.

3. Petitioner suffers from physical illnesses, and a lack in unde-
   rstanding his legal rights due to illitracy.

Petitioner request this honorable court for an extention of 60 days in this matter in order to prepare this document and find someone to assist me in pro persona for the court.

Petitioner submits this document, a motion for extention of time, on this date: 5 - 12 ,2008.

Submitted/Petitioner
Hung Q, Ho.,
D-73820/I-1-133-LOw.