IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG Q. HO,<br><br>    Petitioner,<br><br>  v.<br><br>MIKE KNOWLES, Warden,<br><br>    Respondent._____/ | No. C 07-04227 CW (PR)<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE |

    Petitioner, a state prisoner, filed a _pro se_ petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse. Respondent has filed an answer. Petitioner now moves for an extension of time to file a traverse. Good cause appearing, the request is GRANTED. Petitioner's traverse is due on August 5, 2008.

    This Order terminates Docket no. 11.

    IT IS SO ORDERED.

Dated: 5/29/08

                                      /s/ Claudia Wilken
                                  CLAUDIA WILKEN
                                  UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

HUNG Q HO,

    Plaintiff,

v.

K PROSPER et al,

    Defendant.

Case Number: CV07-04227 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hung Q. Ho D-73820
CA Medical Facility
I-1-133-Low
P.O. Box 2000
Vacaville, CA 95696-2000

Jill Marietta Thayer
Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dated: May 29, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

2