HO. Q. HUNG, D-73820
CA, MEDICAL, FACILITY
I-1-133-LOW
P.O. BOX 2000
VACAVILLE, CA 95696-2000

$ 04.80
CA MEDICAL FACILITY

OFFICE OF THE CLERK. U.S. DISTRICT. COURT.
NORTHERN, DISTRICT OF CALIFORNIA.
1301, CLAY. ST. SUITE 400 S
OAKLAND, CA 94612-5212

